UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ETCO SERVICES, LLC, an Idaho limited liability company,<br><br>           Plaintiff,<br><br>    vs.<br><br>KILLIAN CONSTRUCTION CO., dba KILLIAN CONSTRUCTION, INC., a Missouri corporation,<br><br>           Defendant. | No. CV-11-042-LRS<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

The parties have submitted to the court a proposed "Stipulated Protective Order." (Ct. Rec. 19).

The court has developed concerns about entering protective orders that may result in the sealing of materials which do not justify that protection. While the court fully recognizes the right of the parties to enter into private agreements concerning the discovery, retention and inadvertent disclosure of otherwise confidential information, the court need not be a party to the agreement. Accepting the joint representation of the parties that sensitive information may be exchanged, to the extent either party concludes it is necessary to provide the court with copies of otherwise confidential materials to be considered in connection with issues coming before the court, such documents should be filed separately under seal with a courtesy copy sent to chambers. If an issue arises concerning discovery, dissemination or use

**ORDER RE STIPULATED
PROTECTIVE ORDER-                1**

of such materials by either party, an appropriate motion can be noted for hearing.

Accordingly, the court declines to enter the "Stipulated Protective Order" (Ct. Rec. 19).

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel.

**DATED** this  23rd  of March, 2011.

                **s/Lonny R. Suko**

                LONNY R. SUKO
              United States District Judge

**ORDER RE STIPULATED PROTECTIVE ORDER-**     2